AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Bridgette Saxon | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.  2:22-cv-04639  R(4) |
| Lighthouse Excalibur Insurance Company, et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Louisiana Insurance Guaranty Association
Through Its Registered Agent
Deidre Areceneaux
2142 Quail Run Drive
Baton Rouge, Louisiana 70708

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles K. Cicero, III (Bar No.: 38237)
MERLIN LAW GROUP, P.A.
201 St. Charles Ave, Suite 2500
New Orleans, LA 70170
Tel: (504) 688-2288
Fax: (504) 688-2287

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Deputy clerk's signature

Date: _____ Apr 05 2023

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:22-cv-04639  R(4)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Louisiana Insurance Guaranty Assoc.
Through Deidre Arceneaux

was received by me on *(date)*   4/05/23        .

☐ I personally served the summons on the individual at *(place)* _____

_____   on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Deidre Arceneaux      , who is

designated by law to accept service of process on behalf of *(name of organization)*  Louisiana Insurance

Guaranty Assoc. ( Front Desk - Martin) on *(date)*  4/24/23     ; or
                                                          @ 3:05 PM

☐ I returned the summons unexecuted because _____  ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:  4/24/23

_____
*Server's signature*

_____
*Printed name and title*

324 Metairie West Ave
Metairie, LA. 70001
*Server's address*


Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

**From: UPS** pkginfo@ups.com
**Subject:** UPS Delivery Notification, Tracking Number 1ZX3920R2991138762
**Date:** April 24, 2023 at 3:10 PM
**To:** CYOUNT@merlinlawgroup.com CYOUNT@MERLINLAWGROUP.COM

## Hello, your package has been delivered.

**Delivery Date:**   Monday, 04/24/2023
**Delivery Time:**   3:07 PM
**Left At:**   FRONT DESK
**Signed by:**   MARTIN

# MERLIN LAW GROUP

| | |
|---|---|
| **Tracking Number:** | _____ |
| **Ship To:** | LOUISIANA INSURANCE GUARANTY ASSOC. |
| | 2142 QUAIL RUN DRIVE |
| | BATON ROUGE, LA 70808 |
| | US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air Saver® |
| **Package Weight:** | 1.0 LBS |
| **Reference Number:** | B. SAXON |
| **Reference Number:** | LIGA |

## Discover more about UPS:

© 2023 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.